# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:20-cr-00084 |
| CARMELO REYES, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count 1, Count 9, and Count 10 of the Superseding Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to the counts, and that the offenses charged are supported by an independent factual basis concerning each of the essential elements of such offenses. Defendant understands and agrees to be bound by the terms of the Plea Agreement. I further determine the United States of America has established the requisite nexus between the offense and the property it seeks in forfeiture. I, therefore, recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

_____**September 28, 2021**_____     _____
Date                                                                       STEPHEN B. JACKSON, JR.
                                                                         UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. 636(b)(1)(B).